ORIGINAL

# In the United States Court of Federal Claims

No. 04-1261C
Filed October 6, 2004

FILED
OCT 6 2004
U.S. COURT OF FEDERAL CLAIMS

*************************************
HOLLISTER INVESTMENT GROUP, A CALIFORNIA LIMITED PARTNERSHIP

Plaintiff,

v.

THE UNITED STATES,

Defendant.
*************************************

**ORDER**

Defendant's unopposed motion for enlargement of time of 45 days within which to respond to plaintiff's complaint, through November 19, 2004, filed on October 5, 2004, is hereby **GRANTED**.

Susan G. Braden
Judge