# In the United States Court of Federal Claims

No. 04-1261C
Filed November 22, 2004

************************************
HOLLISTER INVESTMENT GROUP, A CALIFORNIA LIMITED PARTNERSHIP *

Plaintiff, *

v. *

THE UNITED STATES, *

Defendant. *
************************************

**ORDER**

Defendant's November 19, 2004, unopposed motion for enlargement of time of 45 days within which to respond to plaintiff's complaint, through January 3, 2005, is hereby **GRANTED**.

**IT IS SO ORDERED.**

s/ Susan G. Braden
SUSAN G. BRADEN
Judge