# In the United States Court of Federal Claims

No. 04-1261C
Filed February 28, 2005

| | |
|---|---|
| ************************************ | |
| | * |
| HOLLISTER INVESTMENT GROUP, | * |
| A CALIFORNIA LIMITED | * |
| PARTNERSHIP | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ************************************ | |

**ORDER**

The court will conduct a status conference, by telephone, on March 1, 2005, at 4:00 p.m., e.s.t.

**IT IS SO ORDERED.**

s/ Susan G. Braden
SUSAN G. BRADEN
Judge