# In the United States Court of Federal Claims

No. 04-1261C
Filed: March 10, 2005

| | |
|---|---|
| HOLLISTER INVESTMENT GROUP, A CALIFORNIA LIMITED PARTNERSHIP | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

**ORDER**

In accordance with the status conference conducted on March 8, 2005, this case is hereby stayed until April 3, 2006, because of the pendency of Alternate Dispute Resolution proceedings being conducted by the Honorable Marian Blank Horn in related cases. The parties will file a Joint Status Report on or before September 1, 2005 describing the progress of the Alternate Dispute Resolution proceedings.

If the parties have not reached a settlement by April 3, 2006, discovery in this case will commence immediately, and be concluded on or before April 7, 2007. A trial date will be set in July 2007, at a final date to be determined by the court.

**IT IS SO ORDERED.**

s/ Susan G. Braden
SUSAN G. BRADEN
Judge