# In the United States Court of Federal Claims

No. 04-1261C
Filed: January 6, 2006

| | |
|---|---|
| ************************************* | |
| | * |
| HOLLISTER INVESTMENT GROUP, | * |
| A CALIFORNIA LIMITED | * |
| PARTNERSHIP | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ************************************* | |

**ORDER**

A telephone conference will be held on January 23, 2006 at 2:00pm, E.S.T.

**IT IS SO ORDERED.**

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**