# In the United States Court of Federal Claims

No. 04-1261C
Filed: April 6, 2006

*************************************
*
HOLLISTER INVESTMENT GROUP, *
A CALIFORNIA LIMITED *
PARTNERSHIP *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************

**ORDER**

A telephone conference will be held on Monday, April 17, 2006 at 12:30pm, E.S.T.

**IT IS SO ORDERED.**

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**