# In the United States Court of Federal Claims

No. 04-1261C
Filed: April 17, 2006

*************************************
HOLLISTER INVESTMENT GROUP, A CALIFORNIA LIMITED PARTNERSHIP

Plaintiff,

v.

THE UNITED STATES,

Defendant.
*************************************

**ORDER**

In accordance with the status conference conducted on April 17, 2006, this case remains **STAYED** until June 1, 2006, in anticipation of the May 8, 2006 Alternate Dispute Resolution session before the Honorable Marian Blank Horn in related cases.

The parties will file a Joint Status Report **on or before June 1, 2006** describing the progress of the Alternate Dispute Resolution proceedings.

**IT IS SO ORDERED.**

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**